No. 11–9299.  IN RE RUSSO;

No. 11–9300.  IN RE RADCLIFF;

No. 11–9326.  IN RE DAKER;

No. 11–9342.  IN RE BEAMAN;

No. 11–9392.  IN RE TUCKER;

No. 11–9429.  IN RE SAPP;

No. 11–9475.  IN RE GARDNER; and

No. 11–9514.  IN RE LOPEZ.  Petitions for writs of habeas corpus denied.

No. 11–8731.  IN RE LLOVERA LINARES.  Petition for writ of mandamus denied.

No. 11–8823.  IN RE FOURNERAT.  Petition for writ of prohibition denied.

No. 11–697.  KIRTSAENG, DBA BLUECHRISTINE99 v. JOHN WILEY & SONS, INC.  C. A. 2d Cir.  Certiorari granted.  ■

No. 11–711.  NATIONAL MARITIME SAFETY ASSN. v. OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 11–718.  CONWAY v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 11–750.  HELD ET AL. v. STATE OF NEW YORK WORKERS' COMPENSATION BOARD ET AL.  Ct. App. N. Y.  Certiorari denied.